Michael D. Seplow, SBN 150183
Schonbrun Seplow Harris Hoffman & Zeldes, LLP
9415 Culver Boulevard, #115
Culver City, CA 90232
Tel.: 310-396-0731

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Gerardo Cabanillas

Plaintiff(s)

v.

City of South Gate, et al.

Defendant(s).

CASE NUMBER

2:24-cv-08027-ODW-BFM

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Art, Steven E.
*Applicant's Name (Last Name, First Name & Middle Initial*

312-243-5900
*Telephone Number*

312-243-5902
*Fax Number*

steve@loevy.com
*E-Mail Address*

of

Loevy & Loevy
311 N. Aberdeen St.. 3 FL
Chicago, IL 60607

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff Gerardo Cabanillas

*Name(s) of Party(ies) Represent*   ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Seplow, Michael D.
*Designee's Name (Last Name, First Name & Middle Initial)*

150183
*Designee's Cal. Bar No.*

310-396-0731
*Telephone Number*

310-399-7040
*Fax Number*

mseplow@sshhzlaw.com
*E-Mail Address*

of

Schonbrun Seplow Harris
Hoffman & Zeldes, LLP
9415 Culver Boulevard, #115
Culver City, CA 90232

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:**

**U.S. District Judge/U.S. Magistrate Judge**