Michael D. Seplow, SBN 150183
Schonbrun Seplow Harris Hoffman & Zeldes, LLP
9415 Culver Boulevard, #115
Culver City, CA 90232
Tel.: 310-396-0731

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gerardo Cabanillas<br><br>Plaintiff(s)<br><br>v.<br><br>City of South Gate, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:24-cv-08027-ODW-BFM<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE _PRO HAC VICE_** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case _Pro Hac Vice_ filed by**

Leff, Alison R.                                    of
_Applicant's Name (Last Name, First Name & Middle Initial)_
312-243-5900                  312-243-5902
_Telephone Number_          _Fax Number_
alison@loevy.com
                    _E-Mail Address_

Loevy & Loevy
311 N. Aberdeen St.. 3 FL
Chicago, IL 60607

_Firm/Agency Name & Address_

**for permission to appear and participate in this case on behalf of**

Plaintiff Gerardo Cabanillas

_Name(s) of Party(ies) Represent_     ✓ _Plaintiff(s)_ ☐ _Defendant(s)_ ☐ _Other:_

**and designating as Local Counsel**

Seplow, Michael D.                              of
_Designee's Name (Last Name, First Name & Middle Initial)_
150183            310-396-0731        310-399-7040
_Designee's Cal. Bar No._   _Telephone Number_   _Fax Number_
mseplow@sshhzlaw.com
                    _E-Mail Address_

Schonbrun Seplow Harris
Hoffman & Zeldes, LLP
9415 Culver Boulevard, #115
Culver City, CA 90232

_Firm/Agency Name & Address_

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

_____
**U.S. District Judge/U.S. Magistrate Judge**