AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Gerardo Cabanillas<br><br>*Plaintiff(s)*<br>v.<br>City of South Gate; (See Attached)<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:24-cv-08027-ODW-BFM<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gregory Wells

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael D. Seplow, SBN 150183
> Schonbrun Seplow Harris Hoffman & Zeldes, LLP
> 9415 Culver Boulevard, #115
> Culver City, CA 90232
> Tel: 310-396-0731
> Email: mseplow@sshhzlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEPTEMBER 30, 2024

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Central District of California

**GERARDO CABANILLAS**

*Plaintiff*

v.

**CITY OF SOUTH GATE, LEE JACK ALIREZ, DAVID PIXLER, JONATHAN SEKIYA, GREGORY WELLS, DETECTIVE LOPEZ, MARTIN VAN LIEROP, SERGEANT SULLIVAN, OFFICER REYES, OFFICER AYESTAS, OFFICER SALCIDO, CITY OF HUNTINGTON PARK, CARL HEINTZ, JOHN NAVARRETTE, COSME LOZANO, ANTHONY PORTER**

*Defendant*

Civil Action No. 2:24-cv-08027-ODW-BFM

## AFFIDAVIT OF SERVICE

I, Mitchell Billman, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Gregory Wells in Riverside County, CA on October 18, 2024 at 5:44 pm at 49817 Crescent Passage, Palm Desert, CA 92211 by personal service by handing the following documents to an individual identified as Gregory Wells.

Summons
Complaint

White Male, est. age 45-54, glasses: Y, No Hair hair, 240 lbs to 260 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=33.7849933196,-116.3747344694
Photograph: See Exhibit 1


Total Cost: $180.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in      Riverside County      ,     CA     on     10/21/2024     .

/s/ *Mitchell Billman*

Mitchell Billman - +1 (760) 218-2333
Registration No.: PS-002211
Registration County: Riverside County

