AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Gerardo Cabanillas<br><br>*Plaintiff(s)*<br>v.<br>City of South Gate; (See Attached)<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 2:24-cv-08027-ODW-BFM<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   John Navarrette
15034 Starbuck St.
Whittier, CA 90603-2251, United States

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael D. Seplow, SBN 150183
Schonbrun Seplow Harris Hoffman & Zeldes, LLP
9415 Culver Boulevard, #115
Culver City, CA 90232
Tel: 310-396-0731
Email: mseplow@sshhzlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEPTEMBER 30, 2024   _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Central District of California

**GERARDO CABANILLAS**

*Plaintiff*

v.

**CITY OF SOUTH GATE, LEE JACK ALIREZ, DAVID PIXLER, JONATHAN SEKIYA, GREGORY WELLS, DETECTIVE LOPEZ, MARTIN VAN LIEROP, SERGEANT SULLIVAN, OFFICER REYES, OFFICER AYESTAS, OFFICER SALCIDO, CITY OF HUNTINGTON PARK, CARL HEINTZ, JOHN NAVARRETTE, COSME LOZANO, ANTHONY PORTER**

*Defendant*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 2:24-cv-08027-ODW-BFM

## AFFIDAVIT OF SERVICE

I, Orson Avalos, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to John Navarrette in Los Angeles County, CA on October 18, 2024 at 2:26 pm at 15034 Starbuck Street, Whittier, CA 90603 by personal service by handing the following documents to an individual identified as John Navarrette.

Summons
Complaint

Hispanic or Latino Male, est. age 55-64, glasses: Y, Gray hair, 200 lbs to 220 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=33.9428793133,-118.0088592243
Photograph: See Exhibit 1

Total Cost: $150.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Los Angeles County   ,

   CA    on    10/21/2024   .

/s/ *Orson Avalos*

Orson Avalos - +1 (323) 501-9992
Registration No.: 2023060623
Registration County: Los Angeles County, CA



