**LOEVY & LOEVY**
David B. Owens, State Bar No. 275030
*david@loevy.com*
Jon Loevy
*jon@loevy.com*
Steven Art
*steve@loevy.com*
Alison R. Leff
*alison@loevy.com*
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607
(312) 243-5900

**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**
Michael D. Seplow, State Bar No. 150183
*mseplow@sshhzlaw.com*
9415 Culver Blvd #115
Culver City, CA 90232
(310) 396-0731

*Attorneys for Plaintiff,*
*GERARDO CABANILLAS.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERARDO CABANILLAS,<br><br>　　　　　Plaintiff,<br>　　v.<br>CITY OF SOUTH GATE et al.<br><br>　　　　　Defendants. | Case No.: 2:24-cv-08027-ODW-BFM<br><br>**APPLICATION TO COURT FOR ENTRY OF DEFAULT** |

Under Federal Rule of Civil Procedure 55(a) and L.R. 55-1, Plaintiff Gerardo Cabanillas applies to the court for entry of default judgment against Defendants City of South Gate, City of Huntington Park, Lee Jack Alirez, Officer Reyes, Detective Lopez, Cosme Lozano, Officer Ayestas, Sergeant Sullivan, and Officer Salcido. In support of this application, Plaintiff submits the concurrently filed Declaration of Alison R. Leff and states as follows:

1

1. Plaintiff filed this lawsuit on September 19, 2024, naming as defendants the City of South Gate, the City of Huntington Park, and several current and former employees of those municipalities. ECF No. 1.

2. Plaintiff served summons and a copy of the complaint on Defendant City of South Gate and City of Huntington Park on October 7, 2024. ECF No. 49 (South Gate); ECF No. 44 (Huntington Park).

3. Plaintiff served summons and a copy of the complaint on Defendants Lee Jack Alirez, Officer Reyes, Detective Lopez, Cosme Lozano, Officer Ayestas, Sergeant Sullivan, and Officer Salcido on October 9, 2024. ECF No. 48 (Alirez); ECF No. 47 (Reyes); ECF No. 45 (Lopez); ECF No. 43 (Lozano); ECF No. 42 (Ayestas); ECF No. 41 (Sullivan); ECF No. 40 (Salcido).

4. Each defendants' answer was due 21 days after service. Fed. R. Civ. P. 12(a)(1)(A)(i).

5. The date for these Defendants' answer to the complaint has passed, yet none of the defendants has answered, otherwise pled, sought an extension, or even communicated with Plaintiff. Leff Decl. ¶ 9.

6. "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a).

7. Here, Defendants City of South Gate, City of Huntington Park, Alirez, Reyes, Lopez, Lozano, Ayestas, Sullivan, and Salcido have failed to plead or otherwise defend. Leff Decl. ¶¶ 9–10.

8. These Defendants are therefore in default, and Plaintiff requests that the court enter a default for each of them.

Dated: November 1, 2024	Respectfully submitted,

**LOEVY & LOEVY**

**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**

By: /s/ Alison R. Leff_____
    Alison R. Leff

*Attorney for Plaintiff,*
*GERARDO CABANILLAS.*