**LOEVY & LOEVY**
David B. Owens, State Bar No. 275030
*david@loevy.com*
Jon Loevy
*jon@loevy.com*
Steven Art
*steve@loevy.com*
Alison R. Leff
*alison@loevy.com*
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607
(312) 243-5900

**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**
Michael D. Seplow, State Bar No. 150183
*mseplow@sshhzlaw.com*
9415 Culver Blvd #115
Culver City, CA 90232
(310) 396-0731

*Attorneys for Plaintiff,*
*GERARDO CABANILLAS.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERARDO CABANILLAS,<br><br>Plaintiff,<br>v.<br>CITY OF SOUTH GATE et al.<br>Defendants. | Case No.: 2:24-cv-08027-ODW-BFM<br><br>**DECLARATION OF ALISON R. LEFF IN SUPPORT OF PLAINTIFF'S APPLICATION TO COURT FOR ENTRY OF DEFAULT** |

I, Alison R. Leff, declare as follows under 28 U.S.C. § 1746:

1. I am counsel for Plaintiff Gerardo Cabanillas.

2. I am over 18 years old and have personal knowledge of the facts in this declaration.

3. I caused a copy of the complaint in this case to be filed on September 19, 2024. ECF No. 1.

4. My firm promptly provided a copy of the issued summonses for all defendants and the filed complaint to a process server and arranged for service

1

upon each defendant.

5. My firm received returned summonses from the process server for each defendant.

6. According to the process server's affidavit, on October 7, 2024, the Cities of South Gate and Huntington Park were served. ECF Nos. 49 and 44.

7. According to the process server's affidavit, on October 9, 2024, Defendants Lee Jack Alirez, Officer Reyes, Detective Lopez, Cosme Lozano, Officer Ayestas, Sergeant Sullivan, and Officer Salcido were served. ECF No. 48 (Alirez); ECF No. 47 (Reyes); ECF No. 45 (Lopez); ECF No. 43 (Lozano); ECF No. 42 (Ayestas); ECF No. 41 (Sullivan); ECF No. 40 (Salcido).

8. Under Fed. R. Civ. P. 12(a), these Defendants had 21 days—until October 28 for the municipalities and October 30 for the individuals—to respond to the complaint.

9. None of the Defendants has answered the complaint, otherwise responded to it, or contacted me or any other attorney who represents the Plaintiff.

10. On October 29, 2024, I called the clerk of the City of Huntington Park to inquire about the City's nonresponse to the lawsuit. I left a message with a receptionist at the clerk's office. No one returned my call.

11. As far as Plaintiff is aware, the defaulting parties are not infants or incompetent people, as contemplated by Local Rule 55-1(c).

12. As far as Plaintiff is aware, the Servicemembers Civil Relief Act does not apply to any of the defaulting defendants.

Dated: November 1, 2024

/s/ Alison R. Leff
Alison R. Leff
One of Plaintiff's Attorneys

2