Avi T. Kamionski
Nathan & Kamionski LLP
206 S. Jefferson St.
Chicago, IL 60661
312-957-6651

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GERARDO CABANILLAS | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-cv-08027 |
| v. | |
| CITY OF SOUTH GATE, et al., | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Kamionski, Avi T.
*Applicant's Name (Last Name, First Name & Middle Initial*

312-612-1928     312-448-6099
*Telephone Number    Fax Number*

akamionski@nklawllp.com
*E-Mail Address*

of

Nathan & Kamionski LLP
206 S. Jefferson St.
Chicago, IL 60661

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

CITY OF SOUTH GATE

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Kamionski, Murray
*Designee's Name (Last Name, First Name & Middle Initial*

221520       818-609-1795      818-609-0426
*Designee's Cal. Bar No.   Telephone Number    Fax Number*

mkamionski@yahoo.com
*E-Mail Address*

of

M. Kamionski, Esq.
1334 Parkview Ave., Suite 100
Manhattan Beach, CA 90266

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

**U.S. District Judge/U.S. Magistrate Judge**