Name and address:

John M. Cerney
Nathan & Kamionski LLP
206 S. Jefferson St.
Chicago, IL 60661

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERARDO CABANILLAS | | CASE NUMBER |
| | Plaintiff(s), | 2:24-cv-08027 |
| v. | | |
| CITY OF SOUTH GATE, et al., | | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |
| | Defendant(s), | |

### INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

### SECTION I - INFORMATION

Cerney, John M.
_____
*Applicant's Name (Last Name, First Name & Middle Initial)*                    *check here if federal government attorney* ☐

Nathan & Kamionski LLP
_____
*Firm/Agency Name*

206 S. Jefferson St.                    312-612-2238                    312-448-6099
_____
*Street Address*                    *Telephone Number*                    *Fax Number*

Chicago, IL 60661                    jcerney@nklawllp.com
_____
*City, State, Zip Code*                    *E-mail Address*

**I have been retained to represent the following parties:**

City of South Gate                    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

_____    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Supreme Court of Illinois | 11/1/2017 | Yes |
| Northern District of Illinois | 3/1/2020 | Yes |
| Northern District of Indiana | 9/28/2023 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

[blank box]

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court.  Submission of this Application will constitute your registration (or re-registration) to use that system.  If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1)  All of the above information is true and correct.

(2)  I am not a resident of the State of California.  I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.

(3)  I am not currently suspended from and have never been disbarred from practice in any court.

(4)  I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.

(5)  I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated    11/08/2024

John M. Cerney
*Applicant's Name (please type or print)*

*Applicant's Signature*

G-64 (10/23)          **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***          Page 2 of 3

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Murray Kamionski
_____
*Designee's Name (Last Name, First Name & Middle Initial)*

M. Kamionski, Esq.
_____
*Firm/Agency Name*

1334 Parkview Ave.                                    818-609-1795            818-609-0426
_____    _____    _____
Suite 100                                            *Telephone Number*        *Fax Number*
_____
*Street Address*                                      mkamionski@yahoo.com
                                                     _____
Manhattan Beach, CA  90266                            *Email Address*
_____
*City, State, Zip Code*                               221520
                                                     _____
                                                     *Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated   11/08/2024                          Murray Kamionski
       _____            _____
                                           *Designee's Name (please type or print)*

                                           *[signature]*
                                           _____
                                           *Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

.

**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

John Cerney
206 South Jefferson Street
Chicago, IL  60661

Chicago
Monday, October 21, 2024

Re: John Cerney
    Attorney No: 6326691

To Whom it May Concern:

We have received a request for written verification of the status of John Cerney
in connection with the attorney's application, motion or petition for permission to appear *pro hac vice* in an isolated case in another jurisdiction.

The records of the Attorney Registration and Disciplinary Commission of the Supreme Court of Illinois reflect that John Cerney was admitted to practice law in Illinois on November 9, 2017,. John Cerney is currently eligible to practice law in Illinois; is not the subject of any pending public disciplinary proceeding in this state; and is not under any current disciplinary sanction in Illinois.

Very truly yours,
 **LEA GUTIERREZ**
Administrator

By:  *Lisa Medina*
     Lisa M. Medina
     Deputy Registrar

LM:
4860-2371-1725, v. 1