John M. Cerney
Nathan & Kamionski LLP
206 S. Jefferson St.
Chicago, IL  60661
312-957-6639

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GERARDO CABANILLAS | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:24-cv-00516 |
| v. | |
| CITY OF SOUTH GATE, et al., | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Cerney, John M.                                                     of   Nathan & Kamionski LLP
*Applicant's Name (Last Name, First Name & Middle Initial*          206 S. Jefferson St.
312-957-6639                    312-448-6099                         Chicago, IL  60661
*Telephone Number*              *Fax Number*
jcerney@nklawllp.com
*E-Mail Address*                                                     *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

City of South Gate

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Kamionski, Murray                                                    of   M. Kamionski, Esq.
*Designee's Name (Last Name, First Name & Middle Initial*           1334 Parkview Ave., Suite 100
221520             818-609-1795           818-609-0426                Manhattan Beach, CA  90266
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
mkamionski@yahoo.com
*E-Mail Address*                                                     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:     ☐ for failure to pay the required fee.

              ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

              ☐ for failure to complete Application: _____

              ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

              ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

              ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:**

_____
**U.S. District Judge/U.S. Magistrate Judge**

G-64 Order (05/16)     (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 1 of 1