**LOEVY & LOEVY**
David B. Owens, State Bar No. 275030
*david@loevy.com*
Jon Loevy
*jon@loevy.com*
Steven Art
*steve@loevy.com*
Alison R. Leff
*alison@loevy.com*
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607
(312) 243-5900

**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**
Michael D. Seplow, State Bar No. 150183
*mseplow@sshhzlaw.com*
9415 Culver Blvd #115
Culver City, CA 90232
(310) 396-0731

*Attorneys for Plaintiff*
*GERARDO CABANILLAS*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO CABANILLAS,<br><br>　　　　Plaintiff,<br>　v.<br>CITY OF SOUTH GATE et al.<br><br>　　　　Defendants. | Case No.: 2:24-cv-08027-ODW-BFM<br><br>**APPLICATION TO COURT FOR ENTRY OF DEFAULT** |

　　　Under Federal Rule of Civil Procedure 55(a) and L.R. 55-1, Plaintiff Gerardo Cabanillas applies to the court for entry of default judgment against Defendants John Navarrette and Anthony Porter. In support of this application, Plaintiff submits the concurrently filed Declaration of Alison R. Leff and states as follows:

1. Plaintiff filed this lawsuit on September 19, 2024, naming as defendants the City of South Gate, the City of Huntington Park, and several current and former employees of those municipalities. ECF No. 1.

2. Plaintiff served summons and a copy of the complaint on Defendant John Navarrette on October 18, 2024, and he served Anthony Porter on October 20, 2024. ECF No. 52 (Navarrette); ECF No. 53 (Porter).

3. Each Defendants' answer was due 21 days after service. Fed. R. Civ. P. 12(a)(1)(A)(i).

4. The date for these Defendants' answer to the complaint has passed, yet neither defendant has answered, otherwise pled, or sought an extension. Leff Decl. ¶ 7.

5. "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a).

6. Here, Defendants Navarette and Porter have failed to plead or otherwise defend. Leff Decl. ¶¶ 7-8.

7. These Defendants are therefore in default, and Plaintiff requests that the court enter a default for each of them.

Dated: November 13, 2024                Respectfully submitted,

                                        **LOEVY & LOEVY**

                                        **SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**

                                        By: /s/ Alison R. Leff_____
                                              Alison R. Leff

                                        *Attorney for Plaintiff*
                                        *GERARDO CABANILLAS*