# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

GERARDO CABANILLAS,

               Plaintiff,

    v.

CITY OF SOUTH GATE et al.,

             Defendants.

Case No.: 2:24-cv-08027-ODW-BFM

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO DEPOSE INCARCERATED WITNESS**

## ORDER

Having reviewed Plaintiff's Unopposed Motion for Leave to Depose Incarcerated Witness and good cause appearing therefore, it is hereby ORDERED:

    1.    Plaintiff's Motion for Leave to Depose Incarcerated Witness Juan Angulo (CDCR # K03348) is GRANTED.

IT IS SO ORDERED

DATED: _____JUNE 16, 2026_____

_____
Honorable Brianna Fuller Mircheff
United States Magistrate Judge