**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GERARDO CABANILLAS,

Plaintiff,

vs.

CITY OF SOUTH GATE et al.,

Defendants.

Case No. 2:24-cv-08027-ODW-BFM

**Assigned to the Honorable District Court Judge Otis D. Wright II**

**ORDER GRANTING STIPULATION EXTENDING HEARING ON PARTIES' JOINT MOTION TO COMPEL PRODUCTION FROM THE LOS ANGELES DISTRICT ATTORNEY'S OFFICE**

IT IS HEREBY ORDERED, following stipulation of counsel, as follows:

The hearing on the parties' Joint Motion to Compel Production from the Los Angeles District Attorney's Office (dkt. 189) is reset to November 10, 2026, at 10:00 a.m. The original hearing date of October 13, 2026, is stricken.

IT IS SO ORDERED

DATED: October 8, 2026

Hon. Brianna Fuller Mircheff
United States Magistrate Judge